# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:22-CR-00003 (WLS-TQL-1) |
| | : |
| CHARLIE LESLIE WHITE, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

    Before the Court is a "Joint Motion to Continue Trial in the Interest of Justice" filed by Government on October 3, 2022. (Doc. 34). Therein, Government and Defendant request a continuance to the next Valdosta trial term because Parties have not been able to engage in an effort to resolve the matter without the need for trial, and they need more time to determine whether they may need to file other motions as well as assess a possible resolution of the matter. (*Id.* at 2).

    Defendant was indicted on a two-count indictment on January 11, 2022, which charged him with Possession of a Firearm by a Convicted Felon in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) and Possession of a Stolen Firearm in violation of 18 U.S.C. §§ 922(j) and 924(a)(2). (Doc. 1). He was arraigned before United States Magistrate Judge Thomas Q. Langstaff on April 19, 2022, and Defendant consented to detention pending trial. (Docs. 14; 16).

    Based on Defendant's stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of Defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, Government's Joint Motion to Continue (Doc. 34) is **GRANTED.** The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division February 2023 trial term beginning on February 6, 2023, and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18

U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of injustice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this <u>4th</u> day of October 2022.

<u>/s/ W. Louis Sands</u>
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**